# Court of Appeals
# of the State of Georgia

ATLANTA,____July 14, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A2000.   DONNA BAILEY v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This dispossessory proceeding commenced in magistrate court. Following an unfavorable ruling, Donna Bailey appealed to the superior court. The superior court entered an order dismissing her appeal. Bailey then filed this pro se appeal. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." (Punctuation omitted.) *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Bailey's failure to follow the proper appellate procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____07/14/2016_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____, Clerk.